ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 S. Casino Center Blvd.
Las Vegas, Nevada 89101-6718
Tel: 702.474.4222
Fax: 702.474.1320
robert@draskovich.com
Attorney for Defendant Parshall

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

           AUG 1 2 2020

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )<br> vs.                            )<br>                                )<br>                                )<br>                                )<br> STEPHEN PARSHALL,              )<br>                                )<br>         Defendant.             )<br>_____) | CASE NO: 2:20-mj-00621-VCF<br><br><br><br><br>***ORDER CONTINUING***<br>***PRELIMINARY EXAMINATION*** |

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the preliminary examination in the above-captioned matter currently scheduled for August 18, 2020 at 4:00 p.m., be vacated and continued to November 17, 2020 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED AND DONE this __12__ day of ____August____, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Robert M. Draskovich
_____
Robert M. Draskovich, Esq. (6275)
Attorney for Defendant Parshall