JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16219
K. NICHOLAS PORTZ
Special Assistant United States Attorney
Nevada Bar No. 12473
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
Nick.Portz@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00308-JAD-DJA |
|---|---|
| Plaintiff, | **ORDER GRANTING** Government's Unopposed Motion for Leave to File Sealed Exhibit |
| v. | |
| STEPHEN THOMAS PARSHALL,, | ECF No. 43 |
| Defendant. | |

Contemporaneous with this motion, the Government filed its Notice to Admit Evidence.[1] That motion references Government Exhibit 1 – a Declaration of Warrant/Summons Event Number: LLV200600012078.[2] The Crimes Victims' Rights Act states that a crime victim has the right to be treated with respect for the victim's dignity and privacy. 18 U.S.C. § 3771(a)(8). Due to the sensitive nature of the document, and to preserve the victim's right to dignity and privacy, the government requests permission to

---

[1] ECF No. 41.
[2] Government Exhibit 1 was filed under seal at ECF No. 42.

file Government Exhibit 1 under seal. A copy of the sealed exhibit was previously electronically provided to defense counsel and will be reproduced as a marked exhibit. The government met and conferred with defense counsel on September 30, 2022, and defense counsel does not object to the filing of Government Exhibit 1 under seal.

Respectfully submitted this 30th day of September, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Bianca R.Pucci*
BIANCA R. PUCCI
K. NICHOLAS PORTZ
Assistant United States Attorney

## ORDER

Finding compelling reasons, the unopposed motion to seal **[ECF No. 43] is GRANTED.  The Clerk of Court is directed to MAINTAIN THE SEAL on ECF No. 42.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 5, 2022