JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN THOMAS PARSHALL,<br>a.k.a. "Kiwi,"<br><br>　　　　Defendant. | 2:20-CR-308-JAD-DJA<br><br>**Motion to Withdraw Troy K. Flake as Forfeiture Attorney and Substitute Misty L. Dante**<br><br>Order Granting ECF No. 66 |

　　　Under LR IA 11-6(b), the United States moves this Court to allow Troy K. Flake to withdraw as the forfeiture attorney of record for the United States of America in this case. Under LR IA 11-6(e), this Motion is not submitted solely for the purpose of delay or for any other improper purpose.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The United States seeks to substitute Assistant United States Attorney Misty L. Dante as the forfeiture counsel for the United States of America in the place of Assistant United States Attorney Troy K. Flake.

Dated: November 8, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney

IT IS SO ORDERED:

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
DATED: 11/17/2022