ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
THE DRASKOVICH LAW GROUP
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702.474.4222
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:20-cr-00308-JAD-DJA |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | ECF No. 74 |
| STEPHEN THOMAS PARSHALL, | ) | |
| Defendant. | ) | |

    Based on the parties' stipulation, IT IS ORDERED that the sentencing hearing currently scheduled for February 6, 2023 at 3:00p.m., be vacated and continued to March 7, 2023, at 11:00 a.m.

    DATED this 1st day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE